UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPEARS, ET AL.<br>    Plaintiffs<br><br>  v.<br><br>CONSOLIDATED RAIL<br>CORPORATION a/k/a CONRAIL, ET AL.<br>    Defendants | :<br>:<br>: No.: 13-cv-02451<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DISMISSAL

In accordance with Fed.R.Civ.P. 41(a)(1), Plaintiffs, by and through their attorneys Layser & Freiwald, P.C., hereby voluntarily dismisses the above-captioned action against all defendants, without prejudice.

            **LAYSER & FREIWALD, P.C.**

BY: /s/ Aaron J. Freiwald  AF8799
    AARON J. FREIWALD, ESQUIRE
    JOSEPH MARANO, ESQUIRE
    Counsel for Plaintiffs
    1500 Walnut Street, 18th Floor
    Philadelphia, PA 19102
    215-875-8000

DATED: 05/17/13