THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KYLE SPEARS, et al.,

 Plaintiffs,

v.

CONSOLIDATED RAIL
CORPORATION, et al.,

 Defendants.

Civil Action No. 2:13-cv-02451-MMB

FILED
MAY 22 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER OF COURT

AND NOW, this 21st day of May, 2013, upon consideration of the Motion of Defendants Consolidated Rail Corporation, CSX Transportation, Inc., And Norfolk Southern Railway Company To Correct the Caption To Remove CSX Corporation as a Defendant, and any responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and that CSX Corporation is removed from the caption of this action.

BY THE COURT:

_____ J.
The Honorable Michael M. Baylson